1  James D. Emerson, No. 042031
2  Kirsten K. Corey, No. 210339
   LAW OFFICES OF
   **EMERSON, COREY, SORENSEN,**
3  **CHURCH & LIBKE**
   2520 WEST SHAW LANE, SUITE 102
4  FRESNO, CALIFORNIA 93711-2765
   Telephone: (559) 432-7641
   Facsimile:   (559) 432-7639
5  Attorneys for Defendant, PLOOG ENGINEERING CO., INC.

6

7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | THOMAS SMITH | Case No. 1:10-CV-01629 DLB |

11 | Plaintiff, | **STIPULATION TO AMEND**
             | **SCHEDULING ORDER**
12 | vs.        | **DATED DECEMBER 13, 2010** |

13 | PLOOG ENGINEERING CO., INC and
     DOES 1 to 20,
14 |
     Defendants.
15

16

17

18     IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective attorneys of record that dates in the Scheduling Order dated December 13,

20 2010, be modified as follows:

21     1.   The date to disclose expert witnesses be continued from August 30, 2011 to

22 September 20, 2011.

23     2.   The date to supplement disclosures be continued from September 29, 2011

24 to October 20, 2011;

25     3.   The date parties are to complete all discovery pertaining to experts be

26 continued from September 30, 2011 to November 23, 2011.

27     The above mentioned extended dates will provide the parties with additional time

28 required for their experts to provide substantial reports in this disputed products liability

---

matter. The stipulated dates will also allow parties additional time to conduct expert discovery as required.

All other dates and orders remain in effect as provided in the court's Scheduling Order issued on December 13, 2010.

The Stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

DATED:  August 30, 2011

           LAW OFFICES OF EDWARD B. CHATOIAN

           By   /s/ Edward B. Chatoian
              Edward B. Chatoian,
              Attorney for Plaintiff,
              Thomas Smith

DATED:  August 30, 2011

           EMERSON, COREY, SORENSEN,
             CHURCH & LIBKE

           By   /s. James D. Emerson
              James D. Emerson
              Kirsten K. Corey
              Attorney for Defendant,
              PLOOG ENGINEERING CO., INC.

IT IS SO ORDERED.

Dated:  **September 1, 2011**          /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE