1  James D. Emerson, No. 042031
   Kirsten K. Corey, No. 210339
2          LAW OFFICES OF
   **EMERSON, COREY, SORENSEN,**
3          **CHURCH & LIBKE**
         2520 WEST SHAW LANE, SUITE 102
4          FRESNO, CALIFORNIA  93711-2765
            Telephone: (559) 432-7641
            Facsimile:   (559) 432-7639
5  Attorneys for Defendant, PLOOG ENGINEERING CO., INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  THOMAS SMITH                          Case No. 1:10-CV-01629 DLB

11              Plaintiff,               **STIPULATION TO AMEND**
                                          **SCHEDULING ORDER**
12       vs.                              **DATED DECEMBER 13, 2010**

13  PLOOG ENGINEERING CO., INC and
    DOES 1 to 20,
14
                Defendants.
15

16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto, through their

19  respective attorneys of record that dates in the Scheduling Order dated December 13,

20  2010, be modified as follows:

21       1.    The date to disclose expert witnesses be continued from August 30, 2011 to

22  September 20, 2011.

23       2.    The date to supplement disclosures be continued from September 29, 2011

24  to October 20, 2011;

25       3.    The date parties are to complete all discovery pertaining to experts be

26  continued from September 30, 2011 to November 23, 2011.

27       The above mentioned extended dates will provide the parties with additional time

28  required for their experts to provide substantial reports in this disputed products liability

matter. The stipulated dates will also allow parties additional time to conduct expert discovery as required.

All other dates and orders remain in effect as provided in the court's Scheduling Order issued on December 13, 2010.

The Stipulation may be signed by the attorneys in counterpart, and by original, photocopy or facsimile signatures.

DATED:   August 30, 2011

LAW OFFICES OF EDWARD B. CHATOIAN

By   /s/ Edward B. Chatoian
     Edward B. Chatoian,
     Attorney for Plaintiff,
     Thomas Smith

DATED:   August 30, 2011

EMERSON, COREY, SORENSEN,
   CHURCH & LIBKE

By   /s. James D. Emerson
     James D. Emerson
     Kirsten K. Corey
     Attorney for Defendant,
     PLOOG ENGINEERING CO., INC.

IT IS SO ORDERED.

Dated:   **September 1, 2011**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE