1  James D. Emerson, No. 042031

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Defendant, PLOOG ENGINEERING CO., INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SMITH<br><br>            Plaintiff,<br>    vs.<br>PLOOG ENGINEERING CO., INC and DOES 1 to 20,<br><br>            Defendants. | Case No. 1:10-CV-01629 DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto that this matter may be dismissed, with prejudice and in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

It is the intention of the parties to submit this stipulation to the United States District Court, Eastern District, asking for an order of dismissal with prejudice.

DATED:  October 3, 2011

                                            LAW OFFICES OF EDWARD B. CHATOIAN


                                            By  /s/ Edward B. Chatoian
                                                Edward B. Chatoian
                                                Attorney for Plaintiff,
                                                THOMAS SMITH

///

///

DATED: October 3, 2011

EMERSON, COREY, SORENSEN,
CHURCH & LIBKE


By  /s/ James D. Emerson
James D. Emerson
Attorney for Defendant,
PLOOG ENGINEERING CO., INC.

**ORDER**

IT IS SO ORDERED.

Dated:  **October 4, 2011**                    /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE